IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Phillips, Izola | Case Number: 04 B 41236 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 11/5/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,060.00 |  |
| Secured: |  | 740.00 |
| Unsecured: |  | 1,584.02 |
| Priority: |  | 17,776.78 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,225.93 |
| Other Funds: |  | 33.27 |
| Totals: | 24,060.00 | 24,060.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 740.00 | 740.00 |
| 4. | Internal Revenue Service | Priority | 17,195.27 | 17,195.27 |
| 5. | Illinois Dept of Revenue | Priority | 581.51 | 581.51 |
| 6. | Ginny's | Unsecured | 14.78 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 281.86 | 62.28 |
| 8. | Jefferson Capital | Unsecured | 105.46 | 23.30 |
| 9. | Direct Charge | Unsecured | 42.49 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 3,847.94 | 850.26 |
| 11. | United States Dept Of Education | Unsecured | 2,749.53 | 607.55 |
| 12. | Midnight Velvet | Unsecured | 37.23 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 183.89 | 40.63 |
| 14. | Arrow Financial Services | Unsecured | 46.29 | 0.00 |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 17. | Americash Loans, LLC | Unsecured |  | No Claim Filed |
| 18. | First National Credit Card | Unsecured |  | No Claim Filed |
| 19. | Ameritech | Unsecured |  | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 21. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,526.25 | $ 22,800.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Phillips, Izola

Printed: 11/25/08

Case Number: 04 B 41236
Judge: Wedoff, Eugene R
Filed: 11/5/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 39.00 |
| 4% | 109.82 |
| 3% | 41.83 |
| 5.5% | 303.59 |
| 5% | 69.01 |
| 4.8% | 198.71 |
| 5.4% | 463.97 |
|  | $ 1,225.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

